**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Caballo Rojo Publishing Group, LP d/b/a The Brahman Journal,<br><br>*Plaintiff*,<br><br>v.<br><br>American Brahman Breeders Association,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. _______________ |

**PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff Caballo Rojo Publishing Group, LP d/b/a The Brahman Journal ("Plaintiff" or "The Brahman Journal"), by and through its undersigned attorneys, files this Original Complaint against Defendant American Brahman Breeders Association ("Defendant" or "ABBA"), and alleges as follows:

**PRELIMINARY STATEMENT**

1. This is an action for copyright infringement and violation of the Digital Millennium Copyright Act ("DMCA") arising under the United States Copyright Act of 1976, as amended (the "Copyright Act"), 17 U.S.C. § 101 et seq.

2. Plaintiff is the owner of a federal copyright registration for a group of 32 photographs titled "2026 STSF Grand and Reserve Grand photos" under Registration No. VA 2-509-049 (the "Copyrighted Works"). Plaintiff brings this action to remedy Defendant's intentional unauthorized copying, reproduction, and distribution of eight individual photos included in the Copyrighted Works without Plaintiff's consent. Further, Plaintiff brings this action to remedy Defendant's intentional alteration, manipulation, and deletion of Plaintiff's copyright management information ("CMI"), and subsequent distribution of Plaintiff's Copyrighted Works with missing and/or altered CMI.

## THE PARTIES

3. Plaintiff Caballo Rojo Publishing Group, LP d/b/a The Brahman Journal is a Texas Limited Partnership formed and existing under the laws of the State of Texas, with a principal place of business at 915 12th Street, Hempstead, Texas 77445.

4. Defendant American Brahman Breeders Association is a non-profit corporation organized and existing under the laws of the State of Texas, with a principal place of business at 1920 West Villa Maria Road, Suite 205, Bryan, Texas 77807, and may be served through its registered agent, Paul Maulsby, 1920 West Villa Maria Road, Suite 205, Bryan, Texas 77807.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this copyright infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because those claims arise under the copyright laws of the United States, 17 U.S.C. §§ 1 et seq.

6. This Court has personal jurisdiction over Defendant because Defendant maintains its principal place of business within this judicial district and/or because Defendant has sufficient minimum contacts with this judicial district by committing acts of infringement and violations of the DMCA within this judicial district and by maintaining its principal place of business within this judicial district, thereby subjecting Defendant to personal jurisdiction in this Court.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1400(a) because Defendant and/or its agent resides or may be found in this judicial district.

## FACTUAL BACKGROUND

8. The Brahman Journal was established in 1971 and purchased by Victoria Lambert in 2002. The Brahman Journal is the leading worldwide news source for the Brahman cattle breed. It covers

show news and results, breed performance data and research, and international Brahman industry news and updates. The Brahman Journal publishes a monthly magazine available in print or online.

9. In order to provide the most up-to-date information on the Brahman breed, The Brahman Journal attends livestock shows, exhibitions, and fairs worldwide to document winning Brahman cattle and top finishers, including photographing champion Brahman cattle with their handlers and breeders.

10. The ABBA maintains a breed registry for the American Brahman breed of Brahman cattle, recording American Brahman pedigrees, ownership records, and genetic data to support ranchers and breeders. The ABBA often sponsors livestock shows and exhibitions that The Brahman Journal covers in its publications.

11. On or around March 28, 2026, Victoria Lambert, owner of The Brahman Journal, attended the South Texas State Fair in Beaumont, Texas on behalf of The Brahman Journal to document and photograph the champion Brahman cattle from the fair's livestock show. Ms. Lambert took 32 photographs of the champion cattle, which make up the Copyrighted Works. The Brahman Journal published multiple photographs, including eight photographs of the Grand and Reserve Grand champion cattle, with The Brahman Journal logo and copyright designation in the lower right corner of each photograph, to its Facebook page on or about March 28, 2026, and March 29, 2026.

The Copyrighted Works

12. Within three months of publishing the 32 photographs, on June 23, 2026, the United States Copyright Office issued Copyright Registration No. VA 2-509-049 to Victoria Lambert for the 32 photographs taken at the South Texas State Fair which make up the Copyrighted Works. The title of the group is "2026 STSF Grand and Reserve Grand photos." A true and correct copy of the Certificate of Registration for the Copyrighted Works is attached as **Exhibit A**.

13. On or about September 22, 2026, Ms. Lambert assigned all rights, title, and interests in and to the Copyrighted Works to Caballo Rojo Publishing Group, LP d/b/a The Brahman Journal. The Brahman Journal is the owner of the Copyrighted Works. A true and correct copy of the assignment is attached as **Exhibit B**.

<u>ABBA's Infringing Activity</u>

14. On or about June 2, 2026, the ABBA published and distributed via email a newsletter entitled "The Show Report | May 2026" ("The Show Report"), attached as **Exhibit C**.




15. The Show Report included a message from the ABBA Executive Vice President, Paul Maulsby, articles related to industry news and updates, and results from recent livestock shows, including the South Texas State Fair. The Show Report's article on the South Texas State Fair included eight photographs of champion Brahman cattle in the following categories: (1) Champion Grey Female; (2) Reserve Champion Grey Female; (3) Champion Grey Bull; (4) Reserve Champion Grey Bull; (5) Champion Red Female; (6) Reserve Champion Red Female; (7) Champion Red Bull; and (8) Reserve Champion Red Bull.

The Show Report Photographs






16. Each of the photographs published in The Show Report were copies and/or duplicates of the Copyrighted Works owned by The Brahman Journal.

<u>The Brahman Journal Original Photographs</u>

























18709159

17. On information and belief, the ABBA downloaded, copied, duplicated, or otherwise obtained each of the Copyrighted Works it used in The Show Report from The Brahman Journal's Facebook page. The Brahman Journal did not authorize, consent, or otherwise give the ABBA permission to use, copy, duplicate, publish, or distribute any of the photographs The Brahman Journal took at the South Texas State Fair. On information and belief, the ABBA's copying, publication, and distribution of the Copyrighted Works was willful, in disregard of, and with indifference to, the rights of The Brahman Journal.

18. Further, noticeably missing from the photographs published in The Show Report were The Brahman Journal logo and copyright designation in the lower right corner of each photograph.

<u>The Brahman Journal Original Photograph with Logo and Copyright Designation</u>



The Show Report Photograph Without Logo and Copyright Designation




19. On information and belief, the ABBA altered or removed The Brahman Journal logo and copyright designation from each of the Copyrighted Works. The Brahman Journal did not authorize, consent, or otherwise give the ABBA permission to alter or remove its logo or copyright designation.

**COUNT I**

**Copyright Infringement Under 17 U.S.C. § 501**

20. Plaintiff repeats and realleges paragraphs 1 through 19 as if fully set forth herein.

21. The Copyrighted Works are original photographs containing copyrightable subject matter for which copyright protection exists under the Copyright Act, 17 U.S.C. § 101 et. seq. Via assignment, The Brahman Journal is the exclusive owner of rights under copyright in and to the Copyrighted Works and owns a valid copyright registration for the Copyrighted Works, attached as **Exhibit A**.

22. Through the ABBA's conduct alleged herein, including the ABBA's copying, reproduction, publication, and distribution of eight of the Copyrighted Works without The Brahman Journal's permission, the ABBA has directly infringed The Brahman Journal's exclusive rights in the Copyrighted Works in violation of Section 501 of the Copyright Act, 17 U.S.C. § 501.

23. On information and belief, the ABBA's infringing conduct alleged herein was willful and with full knowledge of Plaintiff's rights in the Copyrighted Works.

24. The Brahman Journal is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for the ABBA's infringement and/or willful infringement of the Copyrighted Works. The Brahman Journal is further entitled to its costs and reasonably attorneys' fees pursuant to 17 U.S.C. § 505.

**<u>COUNT II</u>**

**Violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202**

25. Plaintiff repeats and realleges paragraphs 1 through 24 as if fully set forth herein.

26. Each of the Copyrighted Works contained copyright management information ("CMI") in the form of a visible overlay in the lower right corner of each photograph, consisting of a white transparent box displaying a copyright symbol (©) and The Brahman Journal logo. The logo and copyright designation convey information identifying the owner of the Copyrighted Works and provides notice of a copyright, both of which constitute CMI under 17 U.S.C. § 1202(c).




27. Each of the Copyrighted Works published on The Brahman Journal's Facebook page visibly displayed The Brahman Journal's CMI.

28. The ABBA intentionally removed and/or altered The Brahman Journal's CMI from the eight individual photographs before publishing them in The Show Report, without authorization from The Brahman Journal, in violation of 17 U.S.C. § 1202(b)(1).

29. The ABBA also distributed and/or publicly displayed the Copyrighted Works without permission or authorization from The Brahman Journal via The Show Report, knowing that The Brahman Journal's CMI had been removed and/or altered without authorization, in violation of 17

U.S.C. § 1202(b)(3).

30. The ABBA knew or had reasonable grounds to know that its removal and/or alteration of The Brahman Journal's CMI, and its own unauthorized copying, reproduction, publication and distribution of the Copyrighted Works in The Show Report without the CMI, would induce, enable, facilitate, or conceal infringement of the Copyrighted Works.

31. The Brahman Journal is entitled to statutory damages under 17 U.S.C. § 1203(c)(3)(B) for the ABBA's violation of the DMCA. The Brahman Journal is further entitled to its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(4)–(5).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Caballo Rojo Publishing Group, LP d/b/a The Brahman Journal respectfully requests that this Court enter judgment in its favor and against Defendant American Brahman Breeders Association as follows:

A. A judgment that Defendant has violated Section 501 of the Copyright Act, 17 U.S.C. § 501;

B. A judgment that Defendant has violated Section 1202 of the Digital Millennium Copyright Act, 17 U.S.C. § 1202;

C. An award of statutory damages pursuant to 17 U.S.C. § 504;

D. An award of statutory damages pursuant to 17 U.S.C. § 1203;

E. An award of Plaintiff's reasonable attorneys' fees and costs pursuant to 17 U.S.C. §§ 505, 1203; and

Such other and further relief as the Court deems just and proper.

Dated: November 3, 2026

Respectfully submitted,

By: _/s/ Eric D. Wade_

Eric D. Wade
Attorney-in-Charge
State Bar No. 00794802
Federal Bar No. 69591
Abigail C. Cibulka
State Bar No. 24148884
Federal Bar No. 3943035
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6655
(713) 226-6255 (facsimile)
ewade@porterhedges.com
acibulka@porterhedges.com

*Attorneys for Plaintiff Caballo Rojo Publishing Group, LP d/b/a The Brahman Journal*