AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Caballo Rojo Publishing Group, LP d/b/a The Brahman Journal

*Plaintiff(s)*

v.

American Brahman Breeders Association

*Defendant(s)*

Civil Action No. 4:26-cv-09656

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Brahman Breeders Association
c/o Registered Agent Paul Maulsby
1920 West Villa Maria Rd., Suite 205
Bryan, Texas 77807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric D. Wade
Abigail C. Cibulka
Porter Hedges
1000 Main St., 36th Floor
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: November 4, 2026

*s/ Brandis Isom*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:26-cv-09656

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________________________________________________________________________

was received by me on *(date)* ________________________________ .

❒ I personally served the summons on the individual at *(place)* ________________________________________________________
____________________________________________________________________________ on *(date)* ______________________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________________________
________________________________________________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________________________________________________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____________________________________
____________________________________________________________________________ on *(date)* ______________________________ ; or

❒ I returned the summons unexecuted because _____________________________________________________________________ ; or

❒ Other *(specify)*:

My fees are $ __________________ for travel and $ __________________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ___________________________

____________________________________________________________________________
*Server's signature*

____________________________________________________________________________
*Printed name and title*

____________________________________________________________________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset